# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2022-0326, <u>Joe S. Haas, Jr. v. Merrimack Valley School District - SAU #46 & a.</u>, the court on January 30, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> Sup. Ct. R. 20(2).  The plaintiff, Joe S. Haas, Jr., appeals orders of the Superior Court (<u>Schulman</u>, J.) (1) dismissing his complaint against the defendants, the Merrimack Valley School District – SAU #46 and the Town of Boscawen, in which he appeared to challenge the defendants' authority to impose taxes to supplement the amount of school funding provided by the State, (2) denying his motion to reconsider the dismissal of his claims, and (3) denying his motion to continue trial.  Based upon our review of the parties' written arguments, the relevant law, and the record on appeal, we find the plaintiff's appellate arguments unpersuasive, and affirm the trial court's decision.  <u>See</u> <u>Sup. Ct. R. 25(8)</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**